IN THE UNITED STATES BANKRUPTCY COURT   bknotice
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:
Kahadeejah J. Herbert                                   CASE NO. 09-34473
PO Box 31479                                            CHAPTER 13
Dayton, OH  45437                                       JUDGE GUY R. HUMPHREY

    Debtor
    SSN(1) XXX-XX-7268

---

CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

---

The above case having been COMPLETED on Jul 29, 2014, the Trustee has filed this Certification of Final Payment and Case History and has attached a detailed record of all receipts and disbursements.  A review of the case file at the Bankruptcy Court did not reveal any filed proofs of claims other than as herein set forth.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid.  That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.

Bankruptcy Rule 1007 (b) (7) requires the Chapter 13 debtor to file a statement regarding completion of a course in personal financial management, prepared as prescribed by the appropriate official form.  The statement required by this section shall be filed by the debtor no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of discharge.

**Within twenty one (21) days of the filing of this Chapter 13 Trustee's Certification of Final Payment and Case History, debtors shall file with the Court the "Debtor(s)' Certification Regarding Issuance of Discharge Order". The form can be viewed on the Trustee's website at www.dayton13.com .**

1. The case was filed on Jul 22, 2009 and confirmed on Dec 22, 2009. The case is submitted for closing as COMPLETED.
2. The amount paid to the Trustee by or on behalf of the debtor(s) was $86,002.00.
3. The Trustee made disbursements to the creditor(s) listed below:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | TOTAL PAID |
|---|---|---|---|---|---|
| JP MORGAN CHASE BANK NA | C - MOTOR VEHICLE | $10,976.05 | $10,976.05 | $784.56 | $11,760.61 |
| Clm #: 0001 | Dividend Paid: 100.00% | Interest Rate: 4.75% | | | |
| COMMENT: 04 CHEVY TAHOE | | | | | |
| Chase Auto | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0002 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| HSBC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0003 | Dividend Paid: 100.00% | Interest Rate: 4.75% | | | |
| COMMENT: 05 YAMAHA MAJESTY | | | | | |
| INTERNAL REVENUE SERVICE | V - FEDERAL TAXES | $20,977.80 | $20,977.80 | $0.00 | $20,977.80 |
| Clm #: 0004 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| Office of the Attorney General | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0005 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: SCHEDULE AMT ZERO | | | | | |
| ATTORNEY GENERAL STATE OF OHIO | W - STATE/LOCAL TAXES | $197.28 | $197.28 | $0.00 | $197.28 |
| Clm #: 0006 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: 06-07-08 INC | | | | | |
| State of Ohio Attorney General | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0007 | Dividend Paid: .00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | TOTAL PAID |
|---|---|---:|---:|---:|---:|
| State of Ohio Dept of Taxation | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0008 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| U.S Attorney's Office | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0009 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| COMMENT: SCHEDULE AMT ZERO | | | | | |
| U.S. Attorney General | N - NOTICE ONLY REQUEST | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0010 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| ALLIANCEONE RECEIVABLES MGT IN | U - UNSECURED | $143.82 | $60.17 | $0.00 | $60.17 |
| Clm #: 0011 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| COMMENT: HEALTH CARE SOLUTIONS | | | | | |
| Allied Interstate | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0012 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: DIRECT TV | | | | | |
| Bass & Associates | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0013 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: HSBC BANK | | | | | |
| Bottom Line Books/Treasury of Health | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0014 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| CAPITAL ONE BANK USA NA | U - UNSECURED | $9,018.20 | $3,773.21 | $0.00 | $3,773.21 |
| Clm #: 0015 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| CBCS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0016 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: GRANDVIEW/SOUTHVIEW | | | | | |
| CBCS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0017 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: KETTERING HEALTH NETWORK | | | | | |
| Chase | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0018 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| COMMENT: **SEE CLM #58 | | | | | |
| CR EVERGREEN LLC | U - UNSECURED | $2,152.06 | $900.42 | $0.00 | $900.42 |
| Clm #: 0019 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| COMMENT: CHASE BANK USA NA | | | | | |
| Corporate Receivables, Inc. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0020 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: HSBC | | | | | |
| County of Stanislaus Admin. Services | G - GOVERNMENTAL UNSECURED | $290.00 | $121.34 | $0.00 | $121.34 |
| Clm #: 0021 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| COMMENT: FRAUDULENT OVERPAYMENT OF FOOD STAMPS | | | | | |
| Direct TV | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0022 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| Firstsource Advantage, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0023 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: CAPITAL ONE BANK | | | | | |
| MIDLAND CREDIT MANAGEMENT INC | U - UNSECURED | $2,515.63 | $1,052.54 | $0.00 | $1,052.54 |
| Clm #: 0024 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| COMMENT: GE MONEY BANK/JC PENNEY | | | | | |
| GE Money Bank/Lowes | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0025 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| Grandview/Southview Hospitals | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0026 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| Greene Memorial Hospital | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0027 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| Greene Memorial Hospital | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0028 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | TOTAL PAID |
|---|---|---:|---:|---:|---:|
| Health Care Solutions | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0029 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| HMC GROUP | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0030 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| PRA RECEIVABLES MGMNT LLC | U - UNSECURED | $12,700.34 | $5,313.82 | $0.00 | $5,313.82 |
| Clm #: 0031 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| Hsbc/elder | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0032 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Hsbc/Rs | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0033 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Hscb/Nautl | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0034 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| I.C. System, Inc. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0035  COMMENT: SPRINT | Dividend Paid: .00% | Interest Rate: .00% | | | |
| Kettering Health Network | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0036 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| Leading Edge Recovery Solutions, LLC | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0037  COMMENT: HSBC BANK/LVNV FUNDING | Dividend Paid: .00% | Interest Rate: .00% | | | |
| PRA RECEIVABLES MGMNT LLC | U - UNSECURED | $1,591.92 | $666.06 | $0.00 | $666.06 |
| Clm #: 0038  COMMENT: LVNV | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| METRO REPUBL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0039  COMMENT: GRANDVIEW | Dividend Paid: .00% | Interest Rate: .00% | | | |
| METRO REPUBL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0040  COMMENT: KETTERING ME | Dividend Paid: .00% | Interest Rate: .00% | | | |
| METRO REPUBL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0041  COMMENT: KETTERING ME | Dividend Paid: .00% | Interest Rate: .00% | | | |
| METRO REPUBL | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0042  COMMENT: KETTERING ME | Dividend Paid: .00% | Interest Rate: .00% | | | |
| North Shore Agency, Inc. - NQB | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0043  COMMENT: BOTTOM LINE BOOKS | Dividend Paid: .00% | Interest Rate: .00% | | | |
| SPRINT NEXTEL DISTRIBUTIONS | U - UNSECURED | $313.21 | $131.05 | $0.00 | $131.05 |
| Clm #: 0044 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| Tri St Adjt | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0045  COMMENT: KETTERING ME | Dividend Paid: .00% | Interest Rate: .00% | | | |
| TRI-STATE ADJUSTMENTS | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0046  COMMENT: KETTERING MED CTR | Dividend Paid: .00% | Interest Rate: .00% | | | |
| ECMC | G - GOVERNMENTAL UNSECURED | $23,933.29 | $10,013.69 | $0.00 | $10,013.69 |
| Clm #: 0047  COMMENT: STUDENT LOAN | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| Valentine & Kebartas, Inc. | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0048  COMMENT: CHASE BANK | Dividend Paid: .00% | Interest Rate: .00% | | | |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | PRINCIPAL PD | INTEREST PD | TOTAL PAID |
|---|---|---|---|---|---|
| Weltman, Weinberg & Reis | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0049 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: CAPITAL ONE BANK | | | | | |
| Weltman, Weinberg & Reis | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0050 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| COMMENT: HSBC BANK | | | | | |
| Wright Patt Credit Union | U - UNSECURED | $8,493.05 | $3,553.49 | $0.00 | $3,553.49 |
| Clm #: 0051 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| FOR TRUSTEE USE ONLY | NOT FILED | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0052 | Dividend Paid: 4.75% | Interest Rate: .00% | | | |
| COMMENT: P+1.5e121708 | | | | | |
| US ATTORNEY GENERAL | N - NOTICE ONLY REQUEST | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0053 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| INTERNAL REVENUE SERVICE | V - SECURED FEDERAL TAX | $3,620.00 | $3,620.00 | $28.66 | $3,648.66 |
| Clm #: 0054 | Dividend Paid: 100.00% | Interest Rate: 4.75% | | | |
| INTERNAL REVENUE SERVICE | G - GOVERNMENTAL UNSECURED | $38,270.22 | $16,012.26 | $0.00 | $16,012.26 |
| Clm #: 0055 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| ATTORNEY GENERAL STATE OF OHIO | G - GOVERNMENTAL UNSECURED | $1,248.40 | $522.33 | $0.00 | $522.33 |
| Clm #: 0056 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| COMMENT: 02-03-04-05 INC/ALL PENALTY | | | | | |
| CANDI S RAMBO CO-COUNSEL | N - NOTICE ONLY REQUEST | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0057 | Dividend Paid: .00% | Interest Rate: .00% | | | |
| ECAST SETTLEMENT CORPORATION | U - UNSECURED | $2,810.90 | $1,176.08 | $0.00 | $1,176.08 |
| Clm #: 0058 | Dividend Paid: 41.84% | Interest Rate: .00% | | | |
| COMMENT: CHASE BANK USA NA | | | | | |
| UNSECURED BASE HOLD | ! - UNSECURED BASE HOLD | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0059 | Dividend Paid: 100.00% | Interest Rate: .00% | | | |
| PRA RECEIVABLES MANAGEMENT LLC | N - NOTICE ONLY REQUEST | $0.00 | $0.00 | $0.00 | $0.00 |
| Clm #: 0060 | Dividend Paid: .00% | Interest Rate: .00% | | | |

4. Summary of Disbursements:

|  | SECURED | PRIORITY | UNSECURED | CONT DEBTS | TOTAL |
|---|---|---|---|---|---|
| CLAIM AMT | $14,596.05 | $21,175.08 | $103,481.04 | $0.00 | $139,252.17 |
| PRIN. PAID | $14,596.05 | $21,175.08 | $43,296.46 | $0.00 | $79,067.59 |
| INT. PAID | $813.22 | $0.00 | $0.00 | $0.00 | $813.22 |

3. Costs of Administration:

The clerk was paid $0.00 through the plan for the filing fee.
The debtor(s)' attorney was allowed $3,000.00 and was paid $3,000.00.
The Trustee was paid $3,734.10 pursuant to 11 U.S.C. 1302.
The Trustee was paid $0.00 for administrative notice fees.
Refunds to the debtor(s) and/or new trustee total $137.09.

4. When relief from stay is granted, or the claim has otherwise been paid, the claim balance due will be reflected as zero.

REAL ESTATE CLOSING
 NONE

**NOTICE**

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History:

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. Creditors - No notice will be given of the filing of the Final Report as this notice is intended to comply with 11 U.S.C. section 1302(b)(1).

JEFFREY M. KELLNER, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

**NOTICE OF CERTIFICATION**

Jeffrey M. Kellner, Chapter 13 Trustee, has filed a Chapter 13 Trustee's Certification of Final Payment and Case History in a Completed Case.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult on.

If you do not want the court to grant the relief sought in the Notice, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the notice,** you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, US Bankruptcy Court, Southern District of Ohio, 120 W. Third St., Dayton, Oh 45402 OR your attorney must file a response using the court's ECF system.

The court must receive your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF system or by 2) regular U.S. Mail to:

Kahadeejah J. Herbert, PO Box 31479, Dayton, OH  45437

LESTER R THOMPSON, 1340 WOODMAN DR, DAYTON, OH  45432

JEFFREY M. KELLNER, CHAPTER 13 TRUSTEE, 131 N LUDLOW ST   SUITE 900, DAYTON, OH 45402-1161

OFFICE OF THE U S TRUSTEE, 170 NORTH HIGH ST, SUITE 200, COLUMBUS, OH  43215

    Respectfully submitted,

    /s/ JEFFREY M. KELLNER

    JEFFREY M. KELLNER
    CHAPTER 13 TRUSTEE
    ATTORNEY REG NO. 0022205
    131 N LUDLOW ST   SUITE 900
    DAYTON, OH  45402-1161
    (937) 222-7600
    (937) 222-7383 facsimile
    chapter13@dayton13.com- correspondence only

# CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2014, a copy of the attached was served on the following ECF participants electronically through the court's ECF System at the email address registered with the court.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

And on the following by ordinary U.S. Mail, on July 30, 2014:

Kahadeejah J. Herbert
PO Box 31479
Dayton, OH  45437

(11.3)
ALLIANCEONE RECEIVABLES MGT IN
BOX 2449
GIG HARBOR, WA  98335

(12.3)
Allied Interstate
P.O. Box 361477
Columbus, OH  43236

(13.3)
Bass & Associates
Suite 200
3936 E. Fort Lowell Rd.
Tucson, AZ  85712-1083

(14.3)
Bottom Line Books/Treasury of Health
P.O. Box 422318
Palm Coast, FL  32142-2318

(5.4)
CANDI S RAMBO  CO-COUNSEL
15 WEST FIRST ST
SUITE 100
DAYTON, OH  45402

(15.3)
CAPITAL ONE BANK USA NA
% TSYS DEBT MANAGEMENT TDM
BOX 5155
NORCROSS, GA  30091

(16.3)
CBCS
P.O. Box 165025
Columbus, OH  43216-5025

(18.3)
Chase
Cardmember Service
P.O. Box 15153
Wilmington, DE  19886-5153

(2.3)
Chase Auto
14800 Frye Road
Fort Worth, TX  76155

(1.4)
Chase Auto
P.O. Box 9001800
Louisville, KY  40290-1800

(1.3)
CHASE AUTO FINANCE CORP
%MARY LAUTENBACH NATL BANKRUPTCY DEPT
201 N CENTRAL AVE AZ1 1191
PHOENIX, AZ  85004

(20.3)
Corporate Receivables, Inc.
P.O. Box 32995
Phoenix, AZ  85064-2995

(21.3)
County of Stanislaus Admin. Services
Community Services Agency
P.O. Box 42
Modesto, CA  95353

(19.3)
CR EVERGREEN LLC
MS 550
BOX 91121
SEATTLE, WA  98111

(22.3)
Direct TV
P.O. Box 78626
Phoenix, AZ  85062-8626

(58.3)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(47.3)
ECMC
BOX 75906
ST PAUL, MN  55175

(23.3)
Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY  14228

(25.3)
GE Money Bank/Lowes
Po Box 530914
Atlanta, GA  30353-0914

(26.3)
Grandview/Southview Hospitals
Patient Accounts
PO Box 713085
Columbus, OH  43271

(27.3)
Greene Memorial Hospital
P.O. Box 715254
Columbus, OH  43271-5254

(29.3)
Health Care Solutions
P.O. Box 8888
Toledo, OH  43623-0888

(30.3)
HMC GROUP
837 CROCKER RD
WESTLAKE, OH  44145

(3.3)
HSBC
Retail Services
Dept. 7680
Carol Stream, IL  60116-7680

(32.3)
Hsbc/elder
Pob 15521
Wilmington, DE  19805

(33.3)
Hsbc/Rs
Pob 15521
Wilmington, DE  19805

(34.3)
Hscb/Nautl
Pob 15521
Wilmington, DE  19805

(35.3)
I.C. System, Inc.
P.O. Box 64437
Saint Paul, MN  55164-0437

(4.3)
INTERNAL REVENUE SERVICE
BOX 21126
PHILADELPHIA, PA  19114

(4.4)
Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA  19114-0326

(36.3)
Kettering Health Network
P.O Box 713085
Columbus, OH  43271-3085

(37.3)
Leading Edge Recovery Solutions, LLC
5440 N. Cumberland Ave. Ste 300
Chicago, IL  60656-1490

(38.4)
Lvnv Funding
P.O. B   10584
Greenville, SC  29603

(39.3)
METRO REPUBL
320 BONNIE CIRCLE
CORONA, CA  91718

(24.3)
MIDLAND CREDIT MANAGEMENT INC
8875 AERO DRIVE
SUITE 200
SAN DIEGO, CA  92123

(43.3)
North Shore Agency, Inc. - NQB
P.O. Box 8901
Westbury, NY  11590-8901

(5.3)
Office of the Attorney General
Dept. of Justice, Tax Division
PO Box 55, Ben Franklin Station
Washington, DC  20044

(6.3)
OHIO DEPT OF TAXATION
% REBECCA DAUM
BOX 530
COLUMBUS, OH  43216

(31.3)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

(44.4)
Sprint
PO Box 660075
Dallas, TX  75266-0075

(7.3)
State of Ohio Attorney General
Rhodes Office Tower
30 E. Broad Street, 17th Floor
Columbus, OH  43215-3458

(8.3)
State of Ohio Dept of Taxation
School District Taxes
PO Box 2678
Columbus, OH  43216-2678

(45.3)
Tri St Adjt
3439 East Ave So.
La Crosse, WI  54602

(46.3)
TRI-STATE ADJUSTMENTS
3439 EAST AVE S
LA CROSSE, WI  54601

(9.3)
U.S Attorney's Office
200 West Second Street, Room 602
Dayton, OH  45402

(10.3n)
U.S. Attorney General
Main Justice Building Room 5111
10th and Constituion Ave. N.W.
Washington, DC  20530

(53.3n)
US ATTORNEY GENERAL
602 FEDERAL BLDG
200 WEST SECOND ST
DAYTON, OH  45402

(48.3)
Valentine & Kebartas, Inc.
PO Box 325
Lawrence, MA  01840-0625

(49.3)
Weltman, Weinberg & Reis
175 S. 3rd Street
Suite 900
Columbus, OH  43215

(51.3)
Wright Patt Credit Union
Attn: Bankruptcy Department
PO Box 286
Fairborn, OH  45324-0286

0934473_250_201407290936_T239_COFPD_24
###

PAGE 8 - CHAPTER 13 CASE NO. 09-34473